Submitted January 13, 1983. Robin Isenberg, for appellant; Robert Dale Austin, Jr., for appellee; Fremont J. McKenrick, for Al Isenberg, participating party.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

The order of the lower court is affirmed.

458 A.2d 279

In the Interest of Hudson, a minor.

Appeal of Dolores Hudson, Natural Mother.

 Argued January 12, 1983. Lorraine D. Taylor, for appellant; Mark P. Cancilla, for appellee; Helen M. Tremont, for Child. & Youth Ser., participating party.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.

458 A.2d 279

Montgomery Farm v. Macarro, Appellants.

Submitted January 7, 1982. David Angelo Martino, for appellants; Paul G. Moyer, for appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Order affirmed.

March 31, 1983.

458 A.2d 280

All Metals Fabricating v. Barr, Appellants.

Argued April 14, 1982. James Falcon, for appellants; Thomas J. Godlewski, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order of the trial court is affirmed.

458 A.2d 280

Campbell, Appellant v. Campbell.

Argued November 8, 1982. Thomas George Wagner, for appellant; Stephen E. Capone, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.